UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

ONE (1) 2016 FERRARI FF
MODEL, BEARING VIN
ZFF73SKA0G0215302,

ONE (1) 2017 PORSCHE 911
TURBO COUPE 2D, BEARING
VIN WP0AD2A94HS166412, and

ONE (1) 2014 MASERATI
QUATTROPORTE, BEARING VIN
ZAM56PPA7E1084665,

        Defendant *In Rem*.

_____/

## **WARRANT OF ARREST *IN REM***

TO:    HOMELAND SECURITY INVESTIGATIONS OR ANY OTHER AUTHORIZED
        FEDERAL LAW ENFORCEMENT OFFICER

**WHEREAS**, on September 18, 2019 the United States of America filed a Verified

Complaint for Forfeiture *In Rem* against One (1) 2012 Rolls Royce Phantom Drophead, bearing

Vehicle Identification Number ("VIN") SCA682D53CUX16710 (the "Rolls Royce"), One (1)

2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302 (the "Ferrari"), One (1) 2017 Porsche

911 Turbo Coupe 2D, bearing VIN WP0AD2A94HS166412 (the "Porsche"), and One (1) 2014

Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665 (the "Maserati") (the "Defendant

Property"); and

**WHEREAS**, according to said Complaint, the Rolls Royce is in the possession, custody or control of the United States of America; and

**WHEREAS**, pursuant to Rule G(3)(B)(i) of the Supplemental Rules for Certain Admiralty or Maritime claims and Asset Forfeiture Actions ("Supplemental Rules") provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control."

**NOW THEREFORE**, you are hereby commanded to take the Rolls Royce into your possession for safe custody.   If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the Rolls Royce and any person or firm known to claim any interest therein, to file, no later than 35 days from the date notice was sent, a Verified Claim in accordance with Supplemental Rule G(5); to therewith or within twenty (20) days thereafter file an Answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the Clerk of the Court, United States District Court, 400 North Miami Avenue, Florida 33128, and to send a copy of said Claim, Answer or responsive pleading, to the United States Attorney's Office Attn: Nicole Grosnoff, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132; the Claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party

2

claiming an interest in the Defendant Property to comply with Supplemental Rule G, the Defendant Property may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

ANGELA E. NOBLE, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATED: _____                        BY: _____
                                            DEPUTY CLERK

3