United States District Court
for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ONE (1) 2012 ROLLS ROYCE PHANTOM DROPHEAD BEARING VIN SCA682D53CUX16710<br><br>ONE (1) 2016 FERRARI FF MODEL, BEARING VIN ZFF73SKA0G0215302<br><br>ONE (1) 2017 PORSCHE 911 TURBO COUPE 2D, BEARING VIN WP0AD2A94HS166412<br><br>ONE (1) 2014 MASERATI QUATTROPORTE, BEARING VIN ZAM56PPA7E1084665<br><br>Defendants *In Rem.* | Civil Action No. 19-23900-Civ-Scola |

### Order Granting Application for Warrant of Arrest

The Court **grants** the Plaintiff's Application for the issuance of a warrant of arrest *in rem* (**ECF No. 4**). In accordance with Supplemental Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture, the Court shall issue a warrant of arrest *in rem* in this case against: One (1) 2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302; One (1) 2017 Porsche 911 Turbo Coupe 2d, bearing VIN WP0AD2A94HS166412; and One (1) 2014 Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665.

**Done and ordered**, in chambers at Miami, Florida, on September 20, 2019.

Robert N. Scola, Jr.
United States District Judge