UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-23900-RNS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

ONE (1) 2016 FERRARI FF
MODEL, BEARING VIN
ZFF73SKA0G0215302,

ONE (1) 2017 PORSCHE 911
TURBO COUPE 2D, BEARING
VIN WP0AD2A94HS166412, and

ONE (1) 2014 MASERATI
QUATTROPORTE, BEARING VIN
ZAM56PPA7E1084665,

        Defendant *In Rem*.
_____/

## WARRANT OF ARREST *IN REM*

TO:    HOMELAND SECURITY INVESTIGATIONS OR ANY OTHER AUTHORIZED
        FEDERAL LAW ENFORCEMENT OFFICER

**WHEREAS**, on September 18, 2019 the United States of America filed a Verified Complaint for Forfeiture *In Rem* against One (1) 2012 Rolls Royce Phantom Drophead, bearing Vehicle Identification Number ("VIN") SCA682D53CUX16710 (the "Rolls Royce"), One (1) 2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302 (the "Ferrari"), One (1) 2017 Porsche 911 Turbo Coupe 2D, bearing VIN WP0AD2A94HS166412 (the "Porsche"), and One (1) 2014

1

Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665 (the "Maserati") (the "Defendant Property"); and

**WHEREAS**, the Court, having reviewed the Complaint and the Government's Application for Warrant of Arrest *In Rem*, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), that there is probable cause to believe that the Ferrari, Porsche, and Maserati, which are not currently in the Government's possession, custody, or control or subject to a judicial restraining order, are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C); and

**WHEREAS**, Supplemental Rule G(3)(c)(i) provides for that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it to who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose;

**YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest the Ferrari, Porsche, and Maserati as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Date: 9/20/19

By: _____
UNITED STATES DISTRICT JUDGE



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Alex Rodriguez*
Deputy Clerk

3