UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-23900-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

ONE (1) 2016 FERRARI FF
MODEL, BEARING VIN
ZFF73SKA0G0215302,

ONE (1) 2017 PORSCHE 911
TURBO COUPE 2D, BEARING
VIN WP0AD2A94HS166412, and

ONE (1) 2014 MASERATI
QUATTROPORTE, BEARING VIN
ZAM56PPA7E1084665,

        Defendants *In Rem*.
_____/

## NOTICE OF STRIKING OF CERTAIN DEFENDANTS *IN REM*

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby notifies this Court that it is striking the following Defendants *In Rem* (collectively, "Stricken Defendants") from the Verified Complaint:

    a. One (1) 2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302 (the "Ferrari");

    b. One (1) 2017 Porsche 911 Turbo Coupe 2D, bearing VIN WP0AD2A94HS166412 (the "Porsche"); and

      c. One (1) 2014 Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665 (the "Maserati")

As discussed further below, the Stricken Defendants were sold to third parties who appear to be bona fide purchasers for value without cause to believe that the Stricken Defendants were subject to forfeiture. As a result, the United States is no longer seeking forfeiture of the Stricken Defendants. In support, the United States submits the following:

On September 18, 2019, the United States filed a Verified Complaint for Forfeiture *In Rem* against:

      a. One (1) 2012 Rolls Royce Phantom Drophead, bearing Vehicle Identification Number ("VIN") SCA682D53CUX16710 (the "Rolls Royce");

      b. One (1) 2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302 (the "Ferrari");

      c. One (1) 2017 Porsche 911 Turbo Coupe 2D, bearing VIN WP0AD2A94HS166412 (the "Porsche"); and

      d. One (1) 2014 Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665 (the "Maserati").

Compl., ECF No. 1 at ¶ 1.

In the Complaint, the Government stated that the Stricken Defendants were located at Auto Brokers USA Corp., 29951 South Federal Highway, Homestead, Florida 33033. *Id.* at ¶ 18(b). As a result, the United States applied to for a warrant of arrest *in rem* ("Warrant") for the Stricken Vehicles pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(3)(b)(ii). ECF No. 4. On September 20, 2019, the Court signed the Warrant. ECF No. 5.

The Government, however, has been unable to execute the Warrant because it appears that Auto Brokers USA Corp sold the Stricken Vehicles prior to the filing of the Government's civil

forfeiture complaint.  *See* Exhibit A (Bills of Sale).

Pursuant to 18 U.S.C. § 983(d), the Government is not entitled to forfeit property acquired by a bona fide purchaser for value, who was reasonable without cause to believe the property was subject to forfeiture.  *See* 18 U.S.C. § 983(d)(3)(A).  Upon information and belief, the new owners are bona fide purchasers for value without cause to believe that the Stricken Vehicles are subject to forfeiture.  As a result, the Government is no longer seeking forfeiture of the Stricken Vehicles.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
      Nicole Grosnoff
      Assistant United States Attorney
      Court ID No. A5502029
      nicole.s.grosnoff@usdoj.gov
      U.S. Attorney's Office
      99 Northeast Fourth Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9294
      Facsimile: (305) 536-4089