# Manheim

# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

| | |
|---|---|
| **Sale Date** | 13-AUG-2019 14:45:51 |
| **Yr Wk Ln Rn** | 2019-33-92-6 |
| **Sale Type** | OVE |

| Vehicle Purchase Price | |
|---|---|
| Sale Price | $ 150,000.00 |
| Adjustments | $ 0.00 |
| Final Sale Price | $ 150,000.00 |

**Pickup Location**

**Seller**
HAVANA AUTO SALES

Seller Rep:
*Signature on file*

**Buyer**

Buyer Rep:
*Signature on file*

**Vehicle Information**
2016 Ferrari FF
2DCP  Red
ZFF73SKA0G0215302

Mileage: 2492 Miles    0

License Plate No:

**Title Information**
State: FL    Number: 1

**Vehicle Features**
12 Cylinder Engine
7-Speed A/T

no emissions

**Auction Lights**

GREEN    Buyer protection to conditions
YELLOW   Certain conditions announced prior to sale

**Odometer Disclosure**

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

---

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 31-Oct-2019 02:52:57



# BILL OF SALE

**THIS IS NOT AN INVOICE**  **DOCUMENT NOT VALID FOR EXPORT**

| | |
|---|---|
| **Sale Date** 25-SEP-2019 11:45:53 | **Vehicle Purchase Price** |
| | Sale Price $ 34,500.00 |
| | Adjustments $ 0.00 |
| **Yr Wk Ln Rn** 2019-39-92-16 | Final Sale Price $ 34,500.00 |

**Pickup Location**

**Sale Type**
In-Lane

**Seller**
HAVANA AUTO SALES

**Buyer**

Seller Rep:
*Signature on file*

Buyer Rep:
*Signature on file*

**Vehicle Information**
2014 Maserati Quattroporte
4DSN GTS White Two-Wheel Drive
ZAM56PPA7E1084665

Mileage: 8399 Miles   0

License Plate No:

**Auction Lights**

**Title Information**
State: FL    Number: 1

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

**Vehicle Features**
8 Cylinder Engine
8-Speed A/T
Power Steering
Cloth Seats
A/C

Power Windows
Power Door Locks
Cruise Control
Rear Defrost
Driver Air Bag
no emissions

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

---

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 31-Oct-2019 02:48:24

 Manheim

# BILL OF SALE

**THIS IS NOT AN INVOICE**  **DOCUMENT NOT VALID FOR EXPORT**

**Sale Date**
21-AUG-2019 10:13:26

**Vehicle Purchase Price**
Sale Price               $ 145,000.00
Adjustments              $       0.00
Final Sale Price         $ 145,000.00

**Yr Wk Ln Rn**
2019-34-3-7

**Pickup Location**

**Sale Type**
Simulcast

**Seller**
HAVANA AUTO SALES

**Buyer**

Seller Rep:
*Signature on file*

Buyer Rep:
*Signature on file*

**Vehicle Information**
2017 Porsche 911
2DCP TURBO S White All Wheel Drive
WP0AD2A94HS166412

Mileage: 3734 Miles    0

License Plate No:

**Auction Lights**
BLUE      Title Absent
GREEN     Buyer protection to conditions

**Title Information**
State: FL    Number: 1

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

**Vehicle Features**
Panoramic Roof            Power Windows
Flat 6 Cylinder Engine    Power Door Locks
A/T                       Cruise Control
Power Steering            Rear Defrost
RED                       Driver Air Bag
Leather Seats             50 State
A/C

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
GUARANTEED

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 31-Oct-2019 02:50:06