UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23900-CV-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

        Defendants.
_____/

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:   */s/ Nicole Grosnoff*
       Nicole Grosnoff
       Assistant United States Attorney
       Court ID No. A5502029
       nicole.s.grosnoff@usdoj.gov
       U.S. Attorney's Office
       99 NE 4th Street 7th Floor
       Miami, Florida 33132
       Telephone: (305) 961-9294
       Facsimile: (305) 536-4089