UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
19-cv-23900-SCOLA

UNITED STATES OF AMERICA

　　　　v.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN SCA682D53CUX16710,

　　　　Defendant *in Rem*

_____/

## VERIFIED CLAIM

　　　　Consistent with the allegations in the Verified Complaint, DE#1:3, I, Raul Gorrin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am the owner of record of the defendant vehicle, a 2012 ROLLS ROYCE PHANTOM DROPHEAD, BEARING VIN SCA682D53CUX16710, and hereby file this claim for said vehicle.

　　　　　　　　　　　　　　　　　　01/06/20

_____　　_____
Raul Gorrin　　　　　　　　　　　　Date

　　　　　　　　　　Respectfully submitted through counsel,

　　　　　　　　　　**BLACK, SREBNICK, KORNSPAN & STUMPF**
　　　　　　　　　　201 South Biscayne Boulevard, Suite 1300
　　　　　　　　　　Miami, FL 33131 / Tel: (305) 371-6421

　　　　　　　　　　/s/ Howard Srebnick
　　　　　　　　　　**HOWARD SREBNICK**
　　　　　　　　　　　Fla. Bar No. 919063
　　　　　　　　　　　Email: HSrebnick@RoyBlack.com