# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| Plaintiff | Court Case Number |
|---|---|
| United States of America | 19-CV-23900-RNS |
| **Defendant** | **Type of Process** |
| One (1) Rolls Royce Phantom, VIN SCA682D53CUX16710, et al. | Verified Complaint/Warrant of Arrest In Rem |

**SERVE AT**

| Name of Individual, Company, Corporation, ETC. To Serve or Description of Property to Seize |
|---|
| One (1) Rolls Royce Phantom, VIN SCA682D53CUX16710 |
| Address (Street or RFD, Apartment No., City, State and Zip Code) |
| c/o    ICE |

| Send Notice of Service Copy to Requester at Name and Address | | |
|---|---|---|
| AUSA Nicole Grosnoff<br>99 NE 4th Street<br>Miami, FL  33132 | Number of Process to be Served in this Case. | 1 |
| | Number of Parties to be Served in this Case. | 1 |
| | Check Box if Service is on USA | X |

Special Instructions or Other Information That Will Assist in Expediting Service (Includes Business and Alternate Address, Phone # and Est.Times Available for Service):

Please serve the Verified Complaint/Warrant of Arrest In Rem.

If you have any questions please call my paralegal, Carolina Gonzalez, at 305-961-9079.
FPF No. 2019520100026601

| Signature of Attorney or Other Originator Requesting Service on Behalf of | ✓ Plaintiff: <br> ☐ Defendant: | Telephone No. <br> (305) 961-9294 | Date <br> 11/21/20 |
|---|---|---|---|

SIGNATURE & DATE OF PERSON ACCEPTING PROCESS:    12.4.19

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | Signature of Authorized Treasury Agency Office. | Date |
|---|---|---|---|---|
| 1 | 4 | 4 | Michael Serra | 01/07/2020 |

I Hereby Certify and Return That ☐ Personally served    ☐ Have Legal Evidence of Service    ☐ Have Executed as Shown in "Remarks" the Process Described on the Individual, Company, Corporation, etc. at the Address Shown Above or at the Address Inserted Below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL , COMPANY, CORPORATION, ETC NAMED ABOVE.

| Name & Title of Individual Served if Not Shown Above: | ☐ A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address: Complete only if different than shown above:<br>U.S. Customs and Border Protection<br>6601 nw 25th St, Suite 203<br>Miami FL 33122 | Date of Service<br>1-7-2020 | Time of Service<br>1130 AM |
| | Signature, Title and Treasury Agency<br>SAS/CBP | |

REMARKS:

Served Complaint/warrant of arrest documents on the above listed Seizure located at Gorcel Services in opa locka FL.

TD F 90-22.48 (6/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ *Ruddy Merino*
Deputy Clerk
Date __**Oct 7, 2019**__

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

ONE (1) 2016 FERRARI FF
MODEL, BEARING VIN
ZFF73SKA0G0215302,

ONE (1) 2017 PORSCHE 911
TURBO COUPE 2D, BEARING
VIN WP0AD2A94HS166412, and

ONE (1) 2014 MASERATI
QUATTROPORTE, BEARING VIN
ZAM56PPA7E1084665,

                Defendants *In Rem*.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through the undersigned Assistant United States

Attorney for the Southern District of Florida, hereby files this complaint for forfeiture and alleges

as follows:

1.      This is a civil action *in rem* for the forfeiture of the following Defendants *In Rem*

(collectively, the "Defendant Vehicles") pursuant to 18 U.S.C. § 981(a)(1)(C):

    a. One (1) 2012 Rolls Royce Phantom Drophead, bearing Vehicle Identification Number ("VIN") SCA682D53CUX16710 (the "Rolls Royce");

    b. One (1) 2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302 (the "Ferrari");

    c. One (1) 2017 Porsche 911 Turbo Coupe 2D, bearing VIN WP0AD2A94HS166412 (the "Porsche"); and

    d. One (1) 2014 Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665 (the "Maserati")

2.    The Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3.    This Court has *in rem* jurisdiction over the Defendant Vehicles pursuant to 28 U.S.C. § 1355.

4.    This Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

5.    On or about August 16, 2018, a federal grand jury in the Southern District of Florida returned a sealed Indictment that charged defendant Raul Gorrin Belisario ("Gorrin"), a Venezuelan national who is presently in Venezuela, on one count of conspiracy to violate the Foreign Corrupt Practices Act ("FCPA") in violation of 18 U.S.C. § 371, one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), and nine substantive counts of laundering of monetary instruments in violation of 18 U.S.C. § 1956(a)(2)(A). *See* Case No. 9:18-CR-80160-WPD (S.D. Fla.).

6.    As alleged in the Indictment, from in or around 2011 through in or around 2017, Gorrin caused bribe payments totaling at least approximately $94 million to be paid to foreign Venezuelan officials. As part of the criminal investigation, law enforcement agents identified certain assets owned by Gorrin, including the Defendant Vehicles. According to the State of

Florida Department of Highway Safety and Motor Vehicle's Driver and Vehicle Information Database ("DAVID"), as of November 2018, the Defendant Vehicles were owned and registered to Gorrin at an address in Coral Gables, Florida, which is within the Southern District of Florida.

7.      In or around November 2018, the Indictment and criminal case were unsealed. The charges against Gorrin garnered widespread media attention, including in local newspapers. *See, e.g.*, Jay Weaver and Antonio Maria Delgado, *Venezuelan TV mogul with U.S. real estate fortune charged in South Florida*, The Miami Herald, Nov. 21, 2018.[1]

8.      Between on or about November 30, 2018, and on or about December 3, 2018, shortly after Gorrin's criminal case became public, duplicate certificates of title were issued for the Defendant Vehicles.   For the Rolls Royce, the Porsche, and the Maserati, the applications for these duplicate certificates of title were made with Florida driver's license number G287-681-68-140-0, purportedly issued to Gorrin.    The applications indicated that the original titles had been "lost."   For the Ferrari, there was no driver's license on file, but the application also requested a duplicate certificate of title because the original was "lost," and was signed "RG," purportedly by "Raul A Gorrin."

9.      Law enforcement agents searched DAVID and learned that Florida driver's license number G287-681-68-140-0 did not exist.   In fact, a check of DAVID revealed that no Florida driver's license has ever been issued to Gorrin.   Instead, Gorrin had used a Venezuelan driver's license to purchase the Defendant Vehicles.

10.      The false Florida driver's license used to obtain the duplicate titles for the Rolls Royce, the Porsche, and the Maserati contained Gorrin's full name, local address, and date of birth.

---

[1] https://www.miamiherald.com/news/nation-world/world/americas/venezuela/article221706585.html

However, based on photos of Gorrin online and in a law enforcement database, the photo on the license did not depict Gorrin. In fact, the photo on the driver's license was the same photo used in another fraudulent document, a fake Venezuelan passport recovered in January 2019.

11. According to a Department of Homeland Security database, Gorrin last departed the United States more than a year ago, on or about November 4, 2017, from Opa Locka Airport in Opa Locka, Florida. There was no record of his return to the United States since then.

12. Between on or about November 30, 2018, and on or about December 3, 2018, nominal title to the Defendant Vehicles was transferred to Auto Brokers USA Corp. ("Auto Brokers"), a Florida corporation with a principal address in Homestead, Florida, which is within the Southern District of Florida. Based on records from DAVID, such transfers occurred using the aforementioned duplicate certificates of title and were executed by a person purporting to be Raul Gorrin using the fake Florida driver's license.

13. The signature for the person purporting to be Gorrin on the executed certificates of title for the Defendant Vehicles did not match the signature for Gorrin on certificates of title for other vehicles purchased by Gorrin, or his signature on other documents executed by Gorrin and sent from his e-mail accounts.

14. On or about January 5, 2019, J.D. reported to the Coral Gables Police Department that six luxury vehicles belonging to Gorrin had been stolen. These vehicles included the four Defendant Vehicles, as well as another vehicle. J.D. represented that J.D. was the Defendant Vehicles' caretaker, employed by Gorrin while Gorrin was out of the United States. J.D. told police officers that J.D. had confirmed that Gorrin had not authorized the sale of these vehicles to Auto Brokers.

15.     According to the police incident report, J.D. reported that on or about January 3, 2019, J.D. discovered that the vehicles had been taken from a residential building's parking garage. According to public records, Gorrin, through certain shell companies, owned several apartments in the building at that address.

16.     J.D. told officers that the building's manager advised J.D. that a person representing Auto Brokers had collected the vehicles and provided the certificates of title indicating that the vehicles had been transferred to Auto Brokers.

17.     The incident report also indicated that a Coral Gables police officer directly contacted Gorrin in Venezuela via telephone, and Gorrin advised the officer that he would have a power of attorney document drafted to allow J.D. to represent Gorrin's interest in the police investigation.

18.     The Defendant Vehicles are currently located at the following:

   a.   The Rolls Royce is in the custody of Homeland Security Investigations; and

   b.   The Ferrari, Porsche, and Maserati are located at Auto Brokers USA Corp., 29951 South Federal Highway, Homestead, Florida 33033

## LEGAL BASIS FOR FORFEITURE

19.     Title 18, United States Code, Section 1028(a)(1) prohibits knowingly and without lawful authority producing an identification document, authentication feature, or a false identification document.

20.     Title 18, United States Code, Section 981(a)(1)(C) provides for the civil forfeiture of "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of" Title 18, United States Code, Section 1028.

5

## CLAIM FOR FORFEITURE

21.     Based upon the foregoing, the Defendant Assets constitute or are derived from

proceeds traceable to a violation of Title 18, United States Code, Section 1028(a)(1) and are

therefore subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C).

**WHEREFORE**, Plaintiff, United States of America requests, that any and all persons

having any claim to the Defendant Assets be directed to file and serve their verified claims and

answers as required by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime

Claims, or suffer default thereof, and further requests that the Court declare the Defendant Vehicles

condemned and forfeited to the United States of America, and that Plaintiff have such other and

further relief as may be just and proper.


Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089

## VERIFICATION

I, Eric Moreno, am a Special Agent of the Department of Homeland Security, Homeland Security Investigations, and I have read the contents of the foregoing Complaint for Forfeiture *In Rem* and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed ___July    15___, 2019.

Eric Moreno
Special Agent
Homeland Security Investigations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-23900-RNS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

ONE (1) 2016 FERRARI FF
MODEL, BEARING VIN
ZFF73SKA0G0215302,

ONE (1) 2017 PORSCHE 911
TURBO COUPE 2D, BEARING
VIN WP0AD2A94HS166412, and

ONE (1) 2014 MASERATI
QUATTROPORTE, BEARING VIN
ZAM56PPA7E1084665,

Defendant *In Rem*.

_____/



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ *Ruddy Merino*
Deputy Clerk
Date___ **Oct 7, 2019**

## WARRANT OF ARREST *IN REM*

TO:  HOMELAND SECURITY INVESTIGATIONS OR ANY OTHER AUTHORIZED
     FEDERAL LAW ENFORCEMENT OFFICER

**WHEREAS**, on September 18, 2019 the United States of America filed a Verified

Complaint for Forfeiture *In Rem* against One (1) 2012 Rolls Royce Phantom Drophead, bearing

Vehicle Identification Number ("VIN") SCA682D53CUX16710 (the "Rolls Royce"), One (1)

2016 Ferrari FF Model, bearing VIN ZFF73SKA0G0215302 (the "Ferrari"), One (1) 2017 Porsche

911 Turbo Coupe 2D, bearing VIN WP0AD2A94HS166412 (the "Porsche"), and One (1) 2014

1

Maserati Quattroporte, bearing VIN ZAM56PPA7E1084665 (the "Maserati") (the "Defendant Property"); and

WHEREAS, the Court, having reviewed the Complaint and the Government's Application for Warrant of Arrest *In Rem*, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), that there is probable cause to believe that the Ferrari, Porsche, and Maserati, which are not currently in the Government's possession, custody, or control or subject to a judicial restraining order, are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C); and

WHEREAS, Supplemental Rule G(3)(c)(i) provides for that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it to who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Ferrari, Porsche, and Maserati as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

2

Date: _9/20/19_          By: _____

UNITED STATES DISTRICT JUDGE



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ *Alex Rodriguez*_____
Deputy Clerk
Date_ **Sep 20, 2019**

**Angela E. Noble**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
By:_____ *Alex Rodriguez* _____
**Deputy Clerk**

3