UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-23900-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONE (1) 2012 ROLLS ROYCE
PHANTOM DROPHEAD,
BEARING VIN
SCA682D53CUX16710,

        Defendant *In Rem*.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, hereby dismisses this civil forfeiture action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

On September 18, 2019, the United States filed a Verified Complaint for Forfeiture *In Rem* against one (1) 2012 Rolls Royce Phantom Drophead, bearing Vehicle Identification Number ("VIN") SCA682D53CUX16710 (the "Rolls Royce"), among other vehicles that have subsequently dismissed from this action. *See* Compl., ECF No. 1 at ¶ 1; Notice of Striking Certain Defendants *in Rem*, ECF No. 7 (striking Ferrari, Porsche, and Maserati). The Rolls Royce is the only remaining Defendant *in Rem* in the above-captioned action. *See id.*

On January 6, 2020, Raul Gorrin Belisario filed a verified claim under penalty of perjury, asserting an interest in the Rolls Royce as its title owner. Verified Claim, ECF No. 9.

Neither an answer to the Verified Complaint nor a motion for summary judgment has been filed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: */s/ Nicole Grosnoff*
Nicole Grosnoff
Court ID No. A5502029
Assistant United States Attorney
Nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9294
Facsimile: (305) 536-4089